**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Official Caption[1]

2013-1390

RANDALL MAY INTERNATIONAL, INC.,

Plaintiff-Appellee,

v.

DEG MUSIC PRODUCTS, INC.,

Defendant-Appellant,

and

DYNASTY USA,

Defendant.

Appeal from the United States District Court for the Central District of California in case no. 05-CV-0894, Judge Terry J. Hatter, Jr.

Authorized Abbreviated Caption[2]

RANDALL MAY INTERNATIONAL V DEG MUSIC PRODUCTS, 2013-1390

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.