FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Randall May International, Inc. v. DEG Music Products, Inc.

No. 13-1390

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ Appellant certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

DEG Music Products, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. ☒ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Blakely, Sokoloff, Taylor & Zafman LLP; Willmore F. Holbrow (Partner)

May 29, 2013
Date

Signature of counsel

Dennis G. Martin
Printed name of counsel

Please Note: All questions must be answered
cc: _____

## CERTIFICATE OF SERVICE

Federal Circuit Case Number: 13-1390

     In accordance with Fed. R. App. P. 25 and Fed. Cir. R. 25, I hereby certify that I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on **June 6, 2013.**

     I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system on the following:

Peter R. Afrasiabi
ONE LLP
4000 MacArthur Blvd., West Tower, Suite 1100
Newport Beach, CA  92660
Tel: (949) 502-2870
Fax: (949) 258-5081
Email: pafrasiabi@onellp.com

Attorney for Plaintiff/Appellee
Randall May International

                          Signature: /s/Dennis G. Martin
                                      Dennis G. Martin